IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *EX REL.* HECTOR BALDERAS, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>TINY LAB PRODUCTIONS; TWITTER INC.; MOPUB, INC.; GOOGLE, INC.; ADMOB, INC.; AERSERV LLC; INMOBI PTE LTD.; APPLOVIN CORPORATION; and IRONSOURCE USA, INC.,<br><br>Defendant. | Case No. 1:18-cv-00854-LF-KBM |

**NOTICE OF ERRATA RE:**
**NOTICE OF ASSOCIATION AND CERTIFICATE OF GOOD STANDING**
**OF NON-MEMBER ATTORNEY**

COMES NOW Nathan T. Nieman, and hereby notifies the Court and the parties that the Notice of Association and Certificate of Good Standing of Non-Member Attorney for Celeste M. Brecht should be corrected.  Ms. Brecht is only appearing on behalf of ironSource USA, Inc. and not on behalf of any other Defendant in this matter.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: */s/  Nathan T. Nieman*
     Nathan T. Nieman
     Post Office Box 2168
     Albuquerque, New Mexico 87103-2168
     Telephone: 505.848.1800
     ntn@modrall.com

1

I HEREBY CERTIFY that on the 12th day of April, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING ROEHL, HARRIS
    & SISK, P.A.

By: */s/ Nathan T. Nieman*
    Nathan T. Nieman

W3404517.DOCX