IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,

     Plaintiff,                              No. 1:18-cv-00854-MV-KBM

vs.

TINY LAB PRODUCTIONS, et al.,

     Defendants.

## NOTICE OF COMPLETION

The parties hereby give notice to the Court that briefing on the following Motion is complete:

1.      The SDK Defendant's Motion to Dismiss the Complaint for Failure to State a Claim [Doc. 47]

2.      Opposition to SDK Defendant's Motion to Dismiss the Complaint for Failure to State a Claim [Doc. 65]

3.      The SDK Defendants' Reply in Support of Their Motion to Dismiss the Complaint for Failure to State a Claim [Doc. 73]

This Motion has now been fully briefed and are ready for decision by this honorable Court.

Dated:  April 12, 2019        MODRALL, SPERLING, ROEHL, HARRIS
                                 & SISK, P.A.
                      By: */s/  Nathan T. Nieman*
                         Nathan T. Nieman
                         Timothy C. Holm
                         Tomas J. Garcia
                         Post Office Box 2168
                         Albuquerque, New Mexico 87103-2168
                         Telephone: 505.848.1800
                         ntn@modrall.com

tch@modrall.com
tjg@modrall.com

FENWICK & WEST LLP
By /s/ Tyler G. Newby
    Tyler Newby
    Attorneys for AerServ LLC and InMobi Pte. Ltd.
    555 California Street
    San Francisco, CA  94104
    Telephone: (415) 875-2300
    tnewby@fenwick.com

Dated:  April 12, 2019        WIGGINS, WILLIAMS &  IGGINS
    A Professional Corporation
    By /s/ Lorna M. Wiggins
        Lorna M. Wiggins
        Attorneys for Twitter, Inc. and MoPub, Inc.
        1803 Rio Grande Blvd., N.W. (87104)
        P.O. Box 1308
        Albuquerque, New Mexico 87103-1308
        Telephone: (505) 764-8400
        lwiggins@wwwlaw.us
    PERKINS COIE LLP
    By /s/ Julie E. Schwartz
        James Snell
        Julie E. Schwartz
        Attorneys for Twitter, Inc. and MoPub, Inc.
        3150 Porter Drive
        Palo Alto, CA  94304
        Telephone: (650) 838-4300
        JSnell@perkinscoie.com
        JSchwartz@perkinscoie.com

    I HEREBY CERTIFY that on the 12th day of April, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: /s/  Nathan T. Nieman
    Nathan T. Nieman

W3404001.DOCX