IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,

       Plaintiff,

vs.

TINY LAB PRODUCTIONS, et al.,

       Defendants.

No. 1:18-cv-00854-MV-KBM

## NOTICE OF COMPLETION

The parties hereby give notice to the Court that briefing on the following Motion is complete:

1.     Defendant Google's Motion to Dismiss [Filed January 11, 2019; Doc. 50];

2.     Opposition to Google's Motion to Dismiss [Filed March 12, 2019; Doc. 66];

3.     Defendant Google's Reply in Support of Its Motion to Dismiss the Complaint [Filed April 11, 2019; Doc. 71].

The Motion has now been fully briefed and is ready for decision by this Honorable Court.

                        Respectfully submitted,

Dated: April 15, 2019              By:  /s/ Anthony J Weibell

                        Anthony J Weibell
                        WILSON SONSINI GOODRICH & ROSATI, P.C.
                        650 Page Mill Road
                        Palo Alto, CA 94304
                        Phone: (650) 493-9300
                        Fax: (650) 493-6811
                        aweibell@wsgr.com

Richard L. Alvidrez
MILLER STRATVERT P.A.
P.O. Box 25687
Albuquerque, NM  87125
Phone:  (505) 842-1950
Fax:  (505) 243-4408
ralvidrez@mstlaw.com

*Attorneys for Defendants
Google LLC and AdMob Google Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel in this action who have been served by Plaintiff to be served by electronic means, as reflected in the Notice of Electronic Filing.

By:  /s/ Anthony J Weibell

Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Phone:  (650) 493-9300
Fax:  (650) 493-6811
aweibell@wsgr.com