UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *EX REL.* HECTOR BALDERAS, ATTORNEY GENERAL,<br><br>The State,<br>v.<br><br>TINY LAB PRODUCTIONS, et al.,<br><br>Defendants. | Case No. 1:18-cv-00854-MV-JKR<br><br>**NOTICE OF RECENTLY-FILED COMPLAINT AND STIPULATED ORDER FOR PERMANENT INJUNCTION AND <u>CIVIL PENALTY JUDGMENT</u>** |

The State of New Mexico respectfully submits the following documents filed on September 4, 2019 by the Federal Trade Commission ("FTC") and the State of New York in an enforcement action against Google LLC and YouTube LLC, alleging violations of the Children's Online Privacy Protection Act, 15 U.S.C. §§ 6501, *et seq.* ("COPPA"): (1) Complaint for Permanent Injunction, Civil Penalties, and Other Equitable Relief ("Complaint") and (2) Stipulated Order for Permanent Injunction and Civil Penalty Judgment ("Consent Order").  They are attached hereto as **Exhibits A** and **B**, respectively.

The Complaint alleges that Google and its video-sharing-website subsidiary, YouTube, violated COPPA by collecting personal information—in the form of persistent identifiers that are used to track children across the Internet—from viewers of child-directed videos posted on YouTube, without first notifying parents and obtaining their verifiable consent.  The Complaint further alleges that Google and YouTube had actual knowledge that the YouTube platform

contained numerous child-directed channels and that YouTube marketed itself as a top destination for children in presentations to the makers of popular children's products and brands.

Under the Consent Order, Google and YouTube deny liability but have agreed pay a monetary penalty totaling $170 million, with $136 million being paid to the FTC and $34 million being paid to the State of New York. Additionally, Google and YouTube are required to develop, implement, and maintain a variety of measures to ensure future COPPA compliance.

Dated: September 20, 2019    Respectfully Submitted,

By: /s/ Allen Carney
  Allen Carney

Cholla Khoury
ckhoury@nmag.gov
Brian E. McMath
bmcmath@nmag.gov
Assistant Attorneys General
Consumer & Environmental Protection Division
New Mexico Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Telephone: 505.717.3531
Facsimile: 505.318.1050

Allen Carney
acarney@cbplaw.com
Hank Bates
hbates@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

Michael W. Sobol
msobol@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
275 Battery Street, 29th Floor San Francisco, CA
94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day, September 20, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record via the CM/ECF System.

/s/ Allen Carney

ALLEN CARNEY