## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *EX REL.*
HECTOR BALDERAS, ATTORNEY
GENERAL,

     Plaintiff,

v.                                                                      No. CIV 18-854 MV/JFR

TINY LAB PRODUCTIONS, et al.

     Defendants.

### ORDER SETTING TELEPHONE STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*.  On April 29, 2020, United States

District Judge Martha Vazquez entered a Memorandum Opinion and Order that granted the SDK

Defendants'[1] motion to dismiss and granted in part Defendant Google's Motion to Dismiss,

leaving two Defendants remaining in the case, Defendant Google (Google LLC and AdMob

Google, Inc.) and Defendant Tiny Lab Productions ("Tiny Lab").  Doc. 87.  The Court will hold

a Telephone Status Conference to discuss setting a Rule 16 Scheduling Conference and the

issuance of a scheduling order, as well as other procedural issues in this case.  A Telephonic

Status Conference is set for **Tuesday, June 9, 2020, at 8:30 a.m. Mountain Standard Time**.

The parties are to call Magistrate Judge John F. Robbenhaar's AT&T Teleconference Line at

888-363-4735, Access Code: 2387395, to connect to the proceedings.

On March 25, 2019, United States Magistrate Judge Karen B. Molzen waived Local Rule

83.7 that requires entities to be represented by counsel and allowed Defendant Tiny Lab

Productions to proceed *pro se* pending "any issues [that should] arise concerning Defendant Tiny

Lab Productions" and reexamination by the Court.  Doc. 70.  To date, Defendant Tiny Lab has

---

[1] The "SDK Defendants" are Twitter Inc., MoPub Inc., AerServ LLC, InMobi PTE Ltd., Applovin Corp., and ironSource USA, Inc.

not participated in electronic filing.  Accordingly, Court filings must be mailed to the following

address on file:

> **Tiny Lab Productions**
> UAB INVENIS
> CEO Jonas Abromaitis
> VYTAUTO PR 23, 3RD FLOOR
> LT-44352
> Kaunas
> Lithuania

     **IT IS THEREFORE ORDERED** that the Clerk of the Court shall mail a copy of this

ORDER SETTING STATUS CONFERENCE to Tiny Lab Productions at the address noted

herein.

     **IT IS FURTHER ORDERED** that the parties shall call in for the Telephone Status

Conference set on **Tuesday, June 9, 2020, at 8:30 a.m. Mountain Standard Time**, as also

noted herein.

 

                                    _____

                                  **JOHN F. ROBBENHAAR**
                                  **UNITED STATES MAGISTRATE JUDGE**