IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW
MEXICO

STATE OF NEW MEXICO,

       Plaintiff,

vs.

TINY LAB PRODUCTIONS, et al.,

       Defendants.

No. 1:18-cv-00854-MV-JFR

## JOINT STATUS REPORT

Consistent with the Court's Order Finding Good Cause to Stay Scheduling Order Deadlines ("Order") (Dkt. No. 141), the Parties submit the instant Joint Status Report to alert the Court that a final settlement has not yet been reached. Mindful of the Court's instruction in its Order, the Parties request a status conference at the Court's earliest convenience.

Dated:  November 5, 2021          Respectfully Submitted,


By: /s/ Allen Carney
       Allen Carney

Cholla Khoury
ckhoury@nmag.gov
Brian E. McMath
bmcmath@nmag.gov
Assistant Attorneys General
CONSUMER & ENVIRONMENTAL PROTECTION
DIVISION
NEW MEXICO OFFICE OF THE ATTORNEY
GENERAL
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Telephone: 505.717.3531
Facsimile: 505.318.1050

Allen Carney
acarney@cbplaw.com
Hank Bates
hbates@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Michael W. Sobol
msobol@lchb.com
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000

Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500

*Attorneys for Plaintiff*

Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 354-4134
Fax: (650) 493-6811
aweibell@wsgr.com

Richard L. Alvidrez
MILLER STRATVERT P.A.
P.O. Box 25687
Albuquerque, NM 87125
Phone: (505) 842-1950
Fax: (505) 243-4408
ralvidrez@mstlaw.com

*Attorneys for Defendants Google LLC
and AdMob Google Inc.*

## CERTIFICATE OF SERVICE

I certify that on this day, November 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record via the CM/ECF System.

                                                           */s/ Allen Carney*
                                                   ALLEN CARNEY