IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,

    Plaintiff,

vs.

TINY LAB PRODUCTIONS, et al.,

    Defendants.

No. 1:18-cv-00854-MV-JFR

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff the State of New Mexico *ex rel.* Hector H. Balderas, Attorney General and Defendant Google LLC, by and through respective undersigned counsel, have agreed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to enter a joint stipulation of dismissal with prejudice.

Dated:  December 13, 2021

Respectfully Submitted,


By: */s/ Allen Carney*
      Allen Carney

Cholla Khoury
ckhoury@nmag.gov
Brian E. McMath
bmcmath@nmag.gov
Assistant Attorneys General
CONSUMER & ENVIRONMENTAL PROTECTION DIVISION
NEW MEXICO OFFICE OF THE ATTORNEY GENERAL
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Telephone: 505.717.3531
Facsimile: 505.318.1050

Allen Carney
acarney@cbplaw.com
Hank Bates
hbates@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Michael W. Sobol
msobol@lchb.com
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000

Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500

*Attorneys for Plaintiff*

Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 354-4134
Fax: (650) 493-6811
aweibell@wsgr.com

Richard L. Alvidrez
MILLER STRATVERT P.A.
P.O. Box 25687
Albuquerque, NM 87125
Phone: (505) 842-1950
Fax: (505) 243-4408
ralvidrez@mstlaw.com

*Attorneys for Defendants Google LLC
and AdMob Google Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel in this action who have been served by Plaintiff to be served by electronic means, as reflected in the Notice of Electronic Filing.

By: */s/ Allen Carney*
     Allen Carney

Allen Carney
acarney@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505